IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Eugene Dickinson,

    Plaintiff,

  v.                                Case No. 2:19-cv-3670

Commissioner of
Social Security,

    Defendant.

<u>ORDER</u>

    This matter is before the court for consideration of the July 28, 2020, report and recommendation of the United States magistrate judge to whom this case was referred pursuant to 28 U.S.C. §636(b). The magistrate judge concluded that the administrative law judge's determination of plaintiff's residual functional capacity was based on substantial evidence, and that the administrative law judge appropriately addressed all of the medical opinions of record. The magistrate judge recommended that the plaintiff's statement of errors be overruled, and that the Commissioner's non-disability finding be affirmed.

    The report and recommendation specifically advised the parties that failure to object to the report and recommendation within fourteen days of the report "will result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court." Doc. 17, p. 29. The time period for filing objections to the report and recommendation has expired, and no party has objected to the report and recommendation.

    The court agrees with the report and recommendation of the

magistrate judge (Doc. 17), and it is hereby adopted.  The plaintiff's statement of errors is overruled, and the decision of the Commissioner is affirmed.  The clerk shall enter judgment affirming the decision of the Commissioner.

Date: August 25, 2020                    s/James L. Graham
                                         James L. Graham
                                         United States District Judge